UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
MICHELLE TENZER-FUCHS,                            :     2:22-cv-02676
:
                              Plaintiff,          :
:     **NOTICE OF SETTLEMENT**
              -against-                           :
:
SUPER73, INC                                      :
:
:
                              Defendants.         :
---------------------------------------------------------------x

Now comes the Plaintiff Michelle Tenzer-Fuchs, by and through counsel, to provide notice to the Court that the present case has been settled in principle between Plaintiff and Defendant and state:

1. A Settlement Agreement ("Agreement") is in the process of being drafted amongst the parties. Once the Agreement is reviewed and fully executed, and Plaintiffs have received the consideration required pursuant to a payment plan further outlined in the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences for ninety (90) days so that payment under the Agreement be confirmed.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for ninety (90) days to assure that the Agreement is executed, and that the settlement payment has been cleared.

Dated: Forest Hills, New York
June 1, 2022

Respectfully submitted,

By: /s/*Jonathan Shalom*
Jonathan Shalom, Esq.
Jonathan@ShalomLawNY.com
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel: (718) 971-9474

ATTORNEYS FOR PLAINTIFF