UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                   :

MICHELLE TENZER-FUCHS,                  :        2:22-cv-02676

                                                                   :

                        Plaintiff,        :

                                                                    :        **AMENDED NOTICE OF**
                                                                    :        **SETTLEMENT**

                    -against-            :

                                                                      :

SUPER73, INC                                       :

                                                                      :

                                                                      :

                            Defendants.     :
-------------------------------------------------------------x

Now comes the Plaintiff Michelle Tenzer-Fuchs, by and through counsel, to provide an Amended Notice of Settlement for the record to the Court:

1. The present case has been settled in principle between Plaintiff and Defendant. The Notice of Settlement filed on June 3, 2022, misstated aspects of the settlement.

2. The parties would like to memorialize an Amended Notice of Settlement. A Settlement Agreement ("Agreement") is in the process of being drafted amongst the parties the terms of which are confidential. Once the Agreement is reviewed and fully executed the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for ninety (90) days to assure that the Agreement is fully executed.

Dated:    Forest Hills, New York
           June 7, 2022

Respectfully submitted,

By: /s/*Jonathan Shalom*
Jonathan Shalom, Esq.
Jonathan@ShalomLawNY.com
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel: (718) 971-9474

ATTORNEYS FOR PLAINTIFF